IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**TERESSA J. WILLIAMS**                                                              **PLAINTIFF**

**V.**                           **NO. 4:21-CV-80-DMB-JMV**

**LIGHTHOUSE POINT, LLC**
**d/b/a Trop Casino Greenville**                                **DEFENDANT**

## ORDER

On March 22, 2022, Lighthouse Point, LLC d/b/a Trop Casino Greenville, filed a motion for partial summary judgment on Teressa J. Williams' claims against it. Doc. #60. In violation of the Local Rules, the motion is six pages long.[1] *See* L.U. Civ. R. 7(b)(2)(B) ("Other than discovery motions under Rule 37, a motion may not exceed four pages, excluding exhibits, may contain only the grounds for the request and may not contain legal argument or citations to case law or other secondary authority."). Due to this procedural deficiency, the motion for partial summary judgment [60] is **DENIED without prejudice**. Within seven (7) days of this order, Lighthouse may refile its motion in accordance with the Local Rules.

**SO ORDERED**, this 24th day of March, 2022.

                                                                   /s/Debra M. Brown
                                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] The facts contained in the motion are also presented in the memorandum in support of the motion. Doc. #61.